```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 35096
   VERONICA KELLY BLAKLEY
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-5956
```

---
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 09/01/2005 and was confirmed 10/13/2005.

The plan was confirmed to pay secured creditors 100% and unsecured creditors 10.00%.

The case was dismissed after confirmation 02/14/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | 30196.30 | .00 | 30196.30 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 6212.00 | .00 | 6212.00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CARESTAR | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 7446.81 | .00 | .00 |
| DOMINICKS FINER FOODS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 10048.69 | .00 | 471.04 |
| JEWEL FOOD STORES | UNSECURED | NOT FILED | .00 | .00 |
| MSL MIDWEST OPERATIONS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHSIDE L FED CREDIT U | UNSECURED | 301.66 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 1220.00 | .00 | .00 |
| FAMILY RESORTS AND TRAVE | UNSECURED | 3044.44 | .00 | .00 |
| MELVIN J KAPLAN | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 2,306.66 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 41,886.00 | |
| PRIORITY | | 471.04 |
| SECURED | | 36,408.30 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 2,306.66 |
| DEBTOR REFUND | | .00 |
| TOTALS | 41,886.00 | 41,886.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 05/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 35096 VERONICA KELLY BLAKLEY